UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ke Xing Wu,

                Plaintiff,

-against-

Joseph Cardinale, Acting District Director, New York District United States Citizenship and Immigration Services,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/13/2022_

22 Civ. 1531 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On March 7, 2022, the Court ordered the parties to submit their joint letter and proposed case management plan by May 9, 2022. ECF No. 5. Those submissions are now overdue. Accordingly, the parties shall submit their joint letter and proposed case management plan by **May 20, 2022**.

    SO ORDERED.

Dated: May 13, 2022
        New York, New York

                                            ANALISA TORRES
                                           United States District Judge